IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEFF DENNINGTON, individually and
on behalf of all others similarly situated                                                                PLAINTIFF

VS.                                              CASE NO. 14-CV-4001

STATE FARM FIRE & CASUALTY COMPANY
and STATE FARM GENERAL INSURANCE
COMPANY                                                                                                  DEFENDANTS

ORDER

Before the Court is a Motion to Dismiss filed by Defendants. ECF No. 8. After Defendants filed their motion to dismiss, Plaintiffs filed an amended complaint in this matter. ECF No. 39. Thus, the Court finds that Defendants' original motion to dismiss should be and hereby is **DENIED AS MOOT**. *See Pure Country, Inc. v. Sigma Chi Fraternity*, 312 F.3d 952, 956 (8th Cir. 2002).

IT IS SO ORDERED, this 17th day of September, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge