IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| JEFF DENNINGTON and JAMES STUART, individually and on behalf of all others similarly situated | PLAINTIFFS |
| v.    Case No. 4:14-cv-04001 | |
| STATE FARM FIRE AND CASUALTY COMPANY and STATE FARM GENERAL INSURANCE COMPANY | DEFENDANTS |

**ORDER**

Before the Court is Plaintiffs' Motion to File Motion for Class Certification Under Seal. (ECF No. 80). On April 2, 2015, the Court entered a Stipulated Protective Order. (ECF No. 62). Pursuant to the Order, documents regarding claims submitted by Defendants' insureds and Defendants' proprietary information were to be marked "Confidential." In discovery, Defendants have produced some of these "Confidential" documents, including information concerning its adjusting practices and the claims submitted by its insureds. In support of the Motion for Class Certification, Plaintiffs intend to discuss, cite, and attach as exhibits a number of these documents. Plaintiffs request to file these confidential portions of their Motion and accompanying exhibits under seal. The Court understands that some portions of the Motion for Class Certification and exhibits contain public information that is not covered by the Protective Order, which may be filed on the docket.

Because the Motion for Class Certification can be redacted, it is in the best interests of the public for the redacted version of the Motion to be filed on the docket. Accordingly, Plaintiff's Motion to File Motion for Class Certification Under Seal should be and hereby is **GRANTED IN PART**. Plaintiffs are directed to file their Motion for Class Certification on the docket and redact

all information that is the subject of the Protective Order.  Plaintiffs are further directed to provide the Court with an unredacted copy of the Motion and exhibits.

    **IT IS SO ORDERED**, this 2nd day of December, 2015.

                                          /s/ Susan O. Hickey
                                          Susan O. Hickey
                                          United States District Judge