IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEFF DENNINGTON and JAMES
STUART, individually and on behalf
of all others similarly situated                                                      PLAINTIFFS

v.                                         Case No. 4:14-cv-4001

STATE FARM FIRE AND CASUALTY
COMPANY and STATE FARM GENERAL
INSURANCE COMPANY                                                                      DEFENDANTS

**ORDER**

Before the Court is Plaintiffs' Motion for Leave to File Response to State Farm Defendants' Motion to Strike Portions of the Solomon Declarations Under Seal (ECF No. 113) and State Farm Defendants' Unopposed Motion to Redact Opposition to Plaintiffs' Motion to Exclude (ECF No. 114). Both motions are unopposed.

On April 2, 2015, the Court entered a Stipulated Protective Order. (ECF No. 62). Pursuant to the Order, documents produced and information disclosed at a deposition in this action may be designated as "Confidential," and any papers filed with the Court that include "Confidential" information must be filed under seal. In discovery, Defendants have produced "Confidential" documents, including information concerning its adjusting practices and the claims submitted by its insureds. Defendants have also designated as "Confidential" certain portions of deposition testimony.

In Plaintiffs' Memorandum of Law in Opposition to State Farm Defendants' Motion to Strike Portions of the Solomon Declarations, they intend to discuss, cite, and attach as exhibits a number of these documents. Likewise, in Defendants' Opposition to Plaintiffs' Motion to Exclude the Expert Opinions of Michael J. Berryman, Stephen D. Prowse, and Michael F. O'Connor, they intend

to discuss, cite, and attach as exhibits material they have designated as "Confidential."

The parties each request to file these confidential portions of their motions, briefs, and accompanying exhibits under seal. The Court understands that some portions of motions, briefs, and exhibits contain public information that is not covered by the Protective Order, which may be filed on the docket. Because the documents can be redacted, it is in the best interests of the public for the redacted versions to be filed on the docket.

Accordingly, Plaintiff's Motion for Leave to File Response to State Farm Defendants' Motion to Strike Portions of the Solomon Declarations Under Seal (ECF No. 113) should be and hereby is **GRANTED**. Defendants' Unopposed Motion to Redact Opposition to Plaintiffs' Motion to Exclude (ECF No. 114) should be and hereby is **GRANTED**. The parties are directed to file their motions, briefs, and exhibits on the docket and redact all information that is the subject of the Protective Order. The parties are further directed to provide the Court with an unredacted copy of motions, briefs, and exhibits.

**IT IS SO ORDERED**, this 30th day of March, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge