IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEFF DENNINGTON and JAMES
STUART, individually and on behalf
of all others similarly situated                                    PLAINTIFFS

v.                                    Case No. 4:14-cv-4001

STATE FARM FIRE AND CASUALTY
COMPANY

                                                                    DEFENDANT

## ORDER

Before the Court is Defendant's Unopposed Motion to File Under Seal.   (ECF No. 147).

Due to the content of the motion, the Court construes Defendant's motion as a Motion to Redact.

On April 2, 2015, the Court entered a Stipulated Protective Order.   (ECF No. 62).   Pursuant to

the Order, documents produced and information disclosed at a deposition in this action may be

designated as "Confidential," and any papers filed with the Court that include "Confidential"

information must be filed under seal.   In discovery, Defendant has produced "Confidential"

documents, including information concerning its adjusting practices and the claims submitted by

its insureds.   Defendant has also designated as "Confidential" certain portions of deposition

testimony.

In its Brief in Support of Motion for Immediate Stay of All Proceedings Pending

Resolution of Rule 23(f) Petition, Defendant intends to discuss, cite, and attach as exhibits a

number of these documents.   Defendant requests to redact its brief and exhibits, and to provide the

Court with unredacted copies of the briefs and exhibits.   The Court understands that some

portions of the brief and exhibits contain public information that is not covered by the Protective

Order, which may be filed on the docket.

Because the brief and accompanying exhibits can be redacted, it is in the best interests of the public for the redacted version of the brief and exhibits to be filed on the docket.   Accordingly, Defendant's Motion for Leave to File Under Seal (ECF No. 147) should be and hereby is **GRANTED**.   The Court notes that Defendant has filed its brief and accompanying exhibits on the docket and redacted all information that is the subject of the Protective Order.  Defendant is directed to provide the Court with an unredacted copy of the brief and exhibits.

**IT IS SO ORDERED**, this 4th day of October, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

2