IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEFF DENNINGTON and JAMES
STUART, individually and on behalf
of all others similarly situated                              PLAINTIFFS

v.                        Case No. 4:14-cv-4001

STATE FARM FIRE AND CASUALTY
COMPANY
                                                              DEFENDANT

**ORDER**

Before the Court is Plaintiffs' Unopposed Motion to File Under Seal. (ECF No. 152). On April 2, 2015, the Court entered a Stipulated Protective Order. (ECF No. 62). Pursuant to the Order, documents produced and information disclosed at a deposition in this action may be designated as "Confidential," and any papers filed with the Court that include "Confidential" information must be filed under seal. In discovery, Defendant has produced "Confidential" documents, including information concerning its adjusting practices and the claims submitted by its insureds. Defendant has also designated as "Confidential" certain portions of deposition testimony.

In their Response in Opposition to State Farm's Motion for Immediate Stay of All Proceedings Pending Resolution of Rule 23(f) Petition, Plaintiffs intend to discuss, cite, and attach as exhibits a number of these documents. Plaintiffs request to file their motion and accompanying exhibits under seal. The Court understands that some portions of the motion and exhibits contain public information that is not covered by the Protective Order, which may be filed on the docket.

Because the motion and accompanying exhibits can be redacted, it is in the best interests of the public for the redacted version of the motion and exhibits to be filed on the docket.

Accordingly, Plaintiffs' Motion for Leave to File Under Seal (ECF No. 152) should be and hereby is **GRANTED IN PART**. The Court notes that Plaintiffs have filed their motion and accompanying exhibits on the docket and redacted all information that is the subject of the Protective Order. Plaintiffs are directed to provide the Court with an unredacted copy of the motion and exhibits.

    **IT IS SO ORDERED**, this 4th day of October, 2016.

                                                   /s/ Susan O. Hickey
                                                 Susan O. Hickey
                                                 United States District Judge