IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES STUART and CAREDA L.
HOOD, individually and on behalf
of all others similarly situated                                              PLAINTIFFS

v.                                        Case No. 4:14-cv-4001

STATE FARM FIRE AND CASUALTY
COMPANY
                                                                              DEFENDANT

# ORDER

Before the Court is Defendant's Unopposed Motion to File Under Seal. (ECF No. 181). The Court finds that no response is required and that the matter is ripe for consideration.

On April 2, 2015, the Court entered a Stipulated Protective Order. (ECF No. 62). Pursuant to the Order, documents produced and information disclosed at a deposition in this action may be designated as "Confidential," and any papers filed with the Court that include "Confidential" information must be filed under seal. Defendant has designated as "Confidential" certain documents and deposition testimony addressing, *inter alia*, insureds' personal information, adjusting practices, and other competitively sensitive business information.

In its Reply supporting its Motion for Absent Class Member Discovery, Defendant intends to discuss and cite a number of these documents. To that end, Defendant requests leave to redact its reply and to provide the Court with an unredacted copy of the same. Due to this, the Court construes the instant motion as a Motion to Redact. The Court understands that some portions of the reply contain public information that is not covered by the Protective Order, which may be filed on the docket.

Because the reply can be redacted, it is in the best interests of the public for the redacted

version to be filed on the docket. Accordingly, Defendant's Unopposed Motion for Leave to File Under Seal (ECF No. 181) should be and hereby is **GRANTED**. The Court notes that Defendant has already filed its reply on the docket and redacted all information that is the subject of the Protective Order. The Court notes further that Defendant has already provided the Court with an unredacted copy of its reply. Accordingly, no further action is necessary regarding this issue.

**IT IS SO ORDERED**, this 24th day of April, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge