IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES STUART and CAREDA L.
HOOD, individually and on behalf
of all others similarly situated                                              PLAINTIFFS

v.                                      Case No. 4:14-cv-4001

STATE FARM FIRE AND CASUALTY
COMPANY
                                                                              DEFENDANT

**<u>ORDER</u>**

Before the Court is Plaintiffs' Unopposed Motion to File Under Seal. (ECF No. 176). The Court finds that no response is required and that the matter is ripe for consideration.

On April 2, 2015, the Court entered a Stipulated Protective Order. (ECF No. 62). Pursuant to the Order, documents produced and information disclosed at a deposition in this action may be designated as "Confidential," and any papers filed with the Court that include "Confidential" information must be filed under seal. Defendant has designated as "Confidential" certain documents and deposition testimony addressing, *inter alia*, insureds' personal information, adjusting practices, and other competitively sensitive business information.

In its response to Defendant's Motion for Leave to Take Discovery of Absent Class Members, Plaintiffs intend to discuss, cite, and attach a number of these documents. To that end, Plaintiffs request leave to file the confidential portions of the documents under seal. The Court construes the instant motion as a Motion to Redact. The Court understands that some portions of the response and exhibits contain public information that is not covered by the Protective Order, which may be filed on the docket.

Because the documents can be redacted, it is in the best interests of the public for the

redacted version of the response and exhibits to be filed on the docket. Accordingly, Plaintiffs' Unopposed Motion for Leave to File Under Seal (ECF No. 176) should be and hereby is **GRANTED**. The Court notes that Plaintiffs have already filed their response and exhibits on the docket and redacted all information that is the subject of the Protective Order. The Court notes further that Plaintiffs have already provided the Court with unredacted copies of the documents. Accordingly, no further action is necessary regarding this issue.

**IT IS SO ORDERED**, this 8th day of May, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge