IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES STUART and CAREDA L.
HOOD, individually and on behalf
of all others similarly situated                                                            PLAINTIFFS

v.                                    Case No. 4:14-cv-4001

STATE FARM FIRE AND CASUALTY
COMPANY                                                                                       DEFENDANT

## **ORDER**

Before the Court is the Motion for Leave to Withdraw Appearance filed by Defendant's attorney, Heidi Dalenberg. (ECF No. 203). Plaintiffs have not responded and their time to do so has passed. The Court finds the matter ripe for consideration.

Ms. Dalenberg seeks to withdraw her entry of appearance on Defendant's behalf in this matter. Ms. Dalenberg states that Defendant will continue to be represented by its other counsel of record.

Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, Defendant's motion (ECF No. 203) should be and hereby is **GRANTED**. Heidi Dalenberg is hereby relieved as attorney of record for Defendant. Defendant shall continue to be represented by its other counsel of record. The Clerk of Court is **DIRECTED** to remove Ms. Dalenberg from the CM/ECF notification system for this case.

**IT IS SO ORDERED**, this 12th day of August, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge