IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES STUART and CAREDA L.
HOOD, individually and on behalf
of all others similarly situated                                                PLAINTIFFS

v.                                 Case No. 4:14-cv-4001

STATE FARM FIRE AND CASUALTY
COMPANY                                                                                DEFENDANT

## **ORDER**

      Before the Court is Defendant's Unopposed Motion to File Under Seal. (ECF No. 220). The Court finds that no response is required and that the matter is ripe for consideration.

      On April 2, 2015, the Court entered a Stipulated Protective Order. (ECF No. 62). Pursuant to the Order, documents produced and information disclosed at a deposition in this action may be designated as "Confidential," and any papers filed with the Court that include "Confidential" information must be filed under seal. Defendant has designated as "Confidential" certain documents and deposition testimony addressing, *inter alia*, insureds' personal information, adjusting practices, and other competitively sensitive business information.

      In response to Plaintiffs' pending motion to compel production of unredacted documents, Defendant intends to discuss, cite, and attach as exhibits a number of "Confidential" documents. To that end, Defendant requests leave to redact its response brief and accompanying exhibits, and to provide the Court with unredacted copies of the same. The Court understands that some portions of the response brief and exhibits contain public information that is not covered by the Protective Order, which may be filed on the docket.

      Because the response brief and exhibits can be redacted, it is in the best interests of the

public for redacted versions to be filed on the docket. Accordingly, Defendant's Unopposed Motion for Leave to File Under Seal (ECF No. 220) should be and hereby is **GRANTED**. The Court notes that Defendant has already filed redacted versions of its response brief and exhibits on the docket and have provided the Court with unredacted copies of the same. Thus, no further action is necessary regarding this issue.

**IT IS SO ORDERED**, this 27th day of August, 2019.

/s/ Susan O. Hickey  
Susan O. Hickey  
Chief United States District Judge