IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES STUART and CAREDA L.
HOOD, individually and on behalf
of all others similarly situated                                                    PLAINTIFFS

v.                                    Case No. 4:14-cv-4001

STATE FARM FIRE AND CASUALTY
COMPANY                                                                              DEFENDANT

## ORDER

Before the Court is a Motion to Withdraw filed by Defendant's attorney, Tal C. Chaiken. (ECF No. 228). The Court finds that no response is necessary and that the matter is ripe for consideration.

Ms. Chaiken seeks to be relieved as attorney of record for Defendant in this case. She states that Defendant will remain represented by its other attorneys of record. Upon consideration, the Court finds that good cause has been shown for the motion. Accordingly, the instant motion (ECF No. 228) is hereby **GRANTED**. Tal C. Chaiken is hereby relieved as attorney of record for Defendant, which shall continue to be represented by its other counsel of record. The Clerk of Court is **directed** to remove Ms. Chaiken from the CM/ECF notification system for this case.

**IT IS SO ORDERED**, this 26th day of September, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge