IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES STUART and CAREDA L.
HOOD, individually and on behalf
of all others similarly situated                                              PLAINTIFFS

v.                                          Case No. 4:14-cv-4001

STATE FARM FIRE AND CASUALTY
COMPANY                                                                      DEFENDANT

## **ORDER**

The above-styled cause is currently set for trial on March 30, 2020. The Court, on its own motion, hereby extends all pretrial deadlines set forth in the Court's Final Scheduling Order by six weeks. The current trial setting remains in place.

**IT IS SO ORDERED**, this 7th day of November, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge