IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES STUART and CAREDA L.
HOOD, individually and on behalf
of all others similarly situated                                                    PLAINTIFFS

v.                                          Case No. 4:14-cv-4001

STATE FARM FIRE AND CASUALTY
COMPANY                                                                             DEFENDANT

# ORDER

The parties have reached a proposed settlement of all matters related to this case. The Court has preliminarily approved of the parties' proposed settlement, certified a class for settlement purposes only, and set a final approval hearing.

Several motions unrelated to the proposed settlement remain pending in this case. In light of the case's current posture, the Court finds that those motions are moot and should be denied. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254, (1936) (noting "the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants"). Accordingly, all currently pending motions in this case (ECF Nos. 170, 212, 224) are hereby **DENIED WITHOUT PREJUDICE** to the parties' right to renew them in the future if necessary.

**IT IS SO ORDERED**, this 3rd day of January, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge